John P. Sheridan
MARRINAN & MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 943-6649

James R. Campbell
THE LAMBOS FIRM, LLP
599 Avenue C
Bayonne, New Jersey 07002
Tel:  (201) 823-1000
Fax:  (201) 823-3097

*Counsel to Defendants International
Longshoremen's Association, AFL-CIO,
Local 1233, ILA, AFL-CIO,
and Bernard Dudley*

*Counsel to Defendants New York Shipping
Association, Inc., Maher Terminals, LLC,
and Gerard Crotty*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

JEFFREY RUTLEDGE,

                     Plaintiff,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL-CIO, NEW YORK
SHIPPING ASSOCIATION, INC., LOCAL 1233,
MAHER TERMINALS, LLC, BERNARD
DUDLEY and GERARD CROTTY, JOHN DOES
1-10, ABC CORPS, 1-10.

                    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:
2:14-cv-05589-CCC-MF

---------------------------------------------------------------X

## CONSENT MOTION TO ENLARGE TIME IN WHICH DEFENDANTS
## MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

      Defendants now move for an enlargement of time in which to answer or otherwise

respond to plaintiff's complaint, from September 30, 2014, until October 17, 2014.  This is

defendant's second request for an enlargement of time, and Plaintiff's counsel has consented to

this request.

1003-353
40523

Dated:  New York, New York
            September 26, 2014

Respectfully submitted,

MARRINAN & MAZZOLA MARDON, P.C.


/s/John P. Sheridan
John P. Sheridan
26 Broadway, 17th Floor
New York, NY 10004
Tele: (212) 425-3240
Fac:  (212) 509-8952
E-mail: jsheridan@mmmpc.com

*Counsel to Defendants International Longshoremen's
Association, AFL-CIO, Local 1233, ILA, AFL-CIO,
and Bernard Dudley*

THE LAMBOS FIRM, LLP


/s/James R. Campbell
599 Avenue C
Bayonne, New Jersey 07002
Tel:  (201) 823-1000
Fax:   (201) 823-3097
E-mail: jrcampbell@lambosfirm.com

*Counsel to Defendants New York Shipping Association, Inc.,
  Maher Terminals, LLC, and Gerard Crotty*


**CERTIFICATE OF SERVICE**

I hereby certify that this Consent Motion to Enlarge Time in Which Defendants

May Answer or Otherwise Respond to Plaintiff's Complaint has been electronically filed on

September 26, 2014.  All counsel of record are being served by the Court's electronic filing

system or by first-class mail, properly addressed and postage prepaid.


/s/ John P. Sheridan
John P. Sheridan

1003-353
40523

2