# LAW OFFICE OF
# RANDY P. DAVENPORT, ESQ.

Attorney-At-Law
The Walton Building
242 Old New Brunswick Road
Suite 360
Piscataway, New Jersey  08854
Tel. (732) 465-1314 Fax (732) 465-0106
rpdavenport@aol.com

Randy P. Davenport
M. Anthony Barsimanto

November 4, 2014

*Via electronic filing*
Clerk, U.S. District Court
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:    *Jeffery Rutledge v. Int'l Longshoremen's Assoc. et al.*
              **Civil Action No: 2:14-cv-05589-CCC-MF**

Dear Sir or Madam:

Please be advised that this office represents Jeffery Rutledge, Plaintiff in the above-referenced matter.

Counsels for the Defendants have jointly filed a Notice of Motion to Dismiss Plaintiffs' Complaint, returnable on November 17, 2014.  Due to a miscalculation, I calendared the deadline for opposition papers for Friday, November 7, 2014, but I realize now that the correct deadline was November 3, 2014.

I respectfully ask that you accept this letter as our request for an automatic extension to file the opposition brief pursuant to N.J. Local Civil Rule 7.1 (d)(5).  I called Messrs. John P. Sheridan and James R. Campbell, counsel for the Defendants / Movants, and they consented to an extension notwithstanding this request being filed a day late.  The next available motion day following the originally noticed date is December 1, 2014.  Accordingly, please adjourn the Defendants' motion to that date.

Copies of this letter will be served electronically upon all other parties pursuant to Rule 7.1(d)(5).  If you have any questions or concerns, please do not hesitate to contact us.

                              Very truly yours,
                              Law Office of Randy P. Davenport

                              By:    *M. Anthony Barsimanto, Esq.*   /S/
                                         M. Anthony Barsimanto, Esq.

MAB/vat