**RANDY P. DAVENPORT, ESQ.**
**242 Old New Brunswick Road, Suite 360**
**Piscataway, New Jersey 08854**
**(732) 465-1314 * Fax (732) 465-0106**
**rpdavenport@aol.com**
**Attorney ID # 051381992**
**Attorney for Plaintiff Jeffrey Rutledge**

| | |
|---|---|
| JEFFREY RUTLEDGE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO, NEW YORK SHIPPING ASSOCIATION, INC., LOCAL 1233, MAHER TERMINALS, LLC, BERNARD DUDLEY, GERARD CROTTY, JOHN DOES 1-10, and ABC CORPS. 1-10,<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:14-cv-05589-CCC-MF<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF COUNSEL** |

I, M. Anthony Barsimanto, Esq., of full age, do certify that:

1. I am an attorney at law in the State of New Jersey and the federal District of New Jersey, and I am fully familiar with the facts set forth herein.

2. Attached hereto as Exhibit A is a series of extracts from a copy of a document purporting to be a Collective Bargaining Agreement for the Port of New York and New Jersey, offered herein to supplement a similar series of extracts attached to the Affidavit of Barbara North dated October 15, 2014.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Dec. 29, 2014

                   _____
                   M. Anthony Barsimanto, Esq.