John P. Sheridan
MARRINAN & MAZZOLA MARDON, P.C.
26 Broadway, 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 943-6649

*Counsel to Defendants International
Longshoremen's Association, AFL-CIO,
Local 1233, ILA, AFL-CIO,
and Bernard Dudley*

James R. Campbell
THE LAMBOS FIRM, LLP
599 Avenue C
Bayonne, New Jersey 07002
Tel: (201) 823-1000
Fax: (201) 823-3097

*Counsel to Defendants New York Shipping
Association, Inc., Maher Terminals, LLC,
and Gerard Crotty*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

JEFFREY RUTLEDGE,

          Plaintiff,

v.

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION, AFL-CIO, NEW YORK
SHIPPING ASSOCIATION, INC., LOCAL 1233,
MAHER TERMINALS, LLC, BERNARD
DUDLEY and GERARD CROTTY, JOHN DOES
1-10, ABC CORPS, 1-10.

          Defendants.

-----------------------------------------------------------------X

Civil Action No.:
2:14-cv-05589-CCC-MF

ORDER

~~CONSENT MOTION~~ TO ENLARGE TIME IN WHICH DEFENDANTS
MAY RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED
COMPLAINT AND IN WHICH DEFENDANTS MAY FILE A REPLY BRIEF IN
SUPPORT OF DEFENDANTS' MOTION TO DIMSISS

      Defendants now move for an enlargement of time in which to respond to Plaintiff's motion for leave to file an amended complaint and in which to file a reply brief in support of Defendants' motion to dismiss. This is Defendants' first request for an extension on Plaintiff's motion. Plaintiff has consented to this request.

Thus, the proposed schedule will be as follows:

Defendants' opposition to Plaintiff's motion for leave to file an amended complaint will be due February 3, 2015.

Defendants' reply brief in support of their motion to dismiss will also be due on February 3, 2015.

Plaintiff's reply brief in support of his motion for leave to file an amended complaint will be due on February 10, 2015.

Both motions will now be returnable on February 17, 2015.

**Dated:** January 6, 2015

Respectfully submitted,

MARRINAN & MAZZOLA MARDON, P.C.

/s/ John P. Sheridan
John P. Sheridan
26 Broadway, 17th Floor
New York, NY 10004
Tele: (212) 425-3240
Fax: (212) 509-8952
E-mail: jsheridan@mmmpc.com

*Counsel to Defendants International Longshoremen's Association, AFL-CIO, Local 1233, ILA, AFL-CIO, and Bernard Dudley*

THE LAMBOS FIRM, LLP

/s/ James R. Campbell
James R. Campbell
599 Avenue C
Bayonne, New Jersey 07002
Tel: (201) 823-1000
Fax: (201) 823-3097
E-mail: jrcampbell@lambosfirm.com

*Counsel to Defendants New York Shipping Association, Inc., Maher Terminals, LLC, and Gerard Crotty*

SO ORDERED
1/14/15
MARK FALK, U.S.M.J.